WILLIAM J. McSORLEY, Appellant, v. SOUTH BROOKLYN RAILWAY COMPANY, Respondent.— Judgment reversed upon the law and a new trial granted, costs to abide the event, upon authority of *McSorley* v. *South Brooklyn Railway Co.* (*ante*, p. 668), decided herewith. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

ELIZABETH NILSEN, an Infant, by Her Guardian ad Litem, MARY NILSEN, Respondent, v. VAN BRUNT STREET AND ERIE BASIN RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JOSEPH PATRICK, Respondent, v. ATLANTIC BEACH ASSOCIATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS R. SCHWARTZ, Appellant.— Judgment of conviction and order by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ZEIDMAN, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON WOLLENS, Appellant, v. ROSE WOLLENS, Respondent.— Order dismissing writ of habeas corpus and providing that the infant child remain with the respondent modified by providing that the relator have the custody of the infant child for a period of two hours on one day of each week. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

HARRIE D. REGAN, Respondent, v. HENRY G. REGAN, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

DOROTHY REIMAN, Administratrix, etc., of JOHN REIMAN, Deceased, Respondent, v. LOUIS POLLOWITZ and LIONEL SAVARY, Defendants. YELLOW TAXI CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

GLORIA SCHWARTZ, an Infant, by ELSIE FIKO, Her Guardian ad Litem, Respondent, v. ROSE SCHWARTZ and HARRY A. SCHWARTZ, Appellants. SAMUEL SCHWARTZ, Defendant.— Order denying motion for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.